ASHURST
PERKINS
COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

Application granted.

SO ORDERED.

_______________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 17, 2026

August 14, 2026

Scott Budow
scott.budow@ashurstperkins.com
D. +1.332.238.2784
F. +1.212.977.1649

**VIA ECF**

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Barnhill et al v. Diamond Security Services, Ltd. et al*, Case No. 1: 26-cv-06233-PMH — Request for Extension

Dear Judge Halpern:

This firm represents Defendants Kiewit Corporation and J.F. Shea Construction, Inc. (collectively, "Defendants") in the above-referenced action. We respectfully request an extension of Defendants' time to answer or otherwise respond to the Complaint from August 18, 2026, to September 8, 2026. Defendants conferred with Plaintiff regarding the requested extension and Plaintiff consents to this request.

This is Defendants' first request for an extension of time with respect to the Complaint. Counsel was recently retained, and the additional time will permit Defendants to investigate the extensive allegations in the Complaint. This proposed extension will not impact any other scheduled dates.

Thank you for your attention to this matter.

Sincerely,

*/s/ Scott A. Budow*
Scott A. Budow

cc: All Counsel of Record (Via ECF)

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.
189175757.1