Application granted in part. The time for Plaintiff to serve a response to the initial exchange letter is extended to September 4, 2026 and the time for Defendants Kiewit Corporation and J.F. Shea Construction to answer or file a pre-motion letter is extended to September 14, 2026.

Defendant Patrick Lewis is advised as follows: All self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. The referenced forms are annexed to this order; and the forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by accessing them on the courts website, nysd.uscourts.gov/forms.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 27, 2026

ROSENBERG

**VIA ECF**
Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New Yor
300 Quarropas Street – Room
White Plains, New York 1060

***Re: Barnhill, et al. v. Diamond Security Services, Ltd., et al.,***
***SDNY Case No.: 26-CV-06233-PMH***

Dear Judge Halpern:

This firm represents Plaintiffs Justin Barnhill and Rodney Barnhill ("Plaintiffs") in the above-referenced action.

Initially, pursuant to Your Honor's Individual Rule 4(C)(ii), the firm received a pre-motion letter from counsel for Defendants Kiewit Corporation and J.F. Shea Construction, Inc., who have appeared in this action ("Appearing Counsel"), which, pursuant to Your Honor's Individual Rules, would be due on August 31, 2026. Due to the change of counsel, scheduling conflicts with time off this week and a deposition scheduled for August 31, 2026, Plaintiffs respectfully request that the Court permit us until September 4, 2026 to respond to the letter to serve on Appearing Counsel, to which they consent.

In that same regard, based on Appearing Counsel's consent to extend the time to serve a response to their pre-motion letter until September 4, 2026, they correspondingly request additional time to respond to the Complaint on their clients' behalf, and we consent to the same extension of time (i.e. four business days) from September 8, 2026 until September 14, 2026.

Furthermore, we write to respectfully advise the Court of a notice and service issue arising from Defendant Patrick G. Lewis's *pro se* appearance, and to request a short order that will avoid recurring difficulties as the case proceeds.

On August 25, 2026, this office received by mail from Mr. Lewis an Answer and a *Pro Se* Notice of Appearance. As of the date of this letter, those documents do not appear on the docket. Counsel for Defendants Kiewit Corporation and J.F. Shea Construction, Inc. has appeared in this action, and we have forwarded a courtesy copy of Mr. Lewis's submissions to said counsel. We

666 OLD COUNTRY ROAD, SUITE 810 • GARDEN CITY, NEW YORK 11530 • (516) 228-6666

do not, however, intend to undertake to serve Mr. Lewis's filings on the other parties going forward, and we understand that obligation to rest with Mr. Lewis under Fed. R. Civ. P. 5(a)(1).

Defendant Lewis is apparently not a registered Filing User or Receiving User in this District's ECF system. Two consequences follow. First, documents Defendant Lewis submits to the Court are not transmitted to the other parties through a Notice of Electronic Filing, so the parties may learn of his filings only if and when he separately serves them, or after the Clerk dockets them. Second, under ECF Rule 9.2, every other party must serve Defendant Lewis with a paper copy of each electronically filed document, which introduces delay and creates avoidable disputes about the timing of service.

Accordingly, Plaintiffs respectfully request that the Court enter an Order directing that Defendant Lewis: (i) register as a Filing User pursuant to ECF Rule 2.2(a), or, in the alternative, complete and submit the Court's "Consent to Electronic Service" pursuant to ECF Rule 2.2(b); and (ii) serve a copy of every document he files upon all other parties, and include with each filing a certificate of service reflecting the date and manner of such service.

Plaintiffs will continue to serve Defendant Lewis with paper copies of all filings by mail at his address of record in accordance with ECF Rule 9.2 unless and until he becomes a Filing or Receiving User.

We thank the Court for its attention to this matter.

Respectfully submitted,
**Rosenberg Fortuna Filosa & Laitman, LLP**

________________________________
Yale Pollack, Esq.

cc: Scott A. Budow, Esq. (via ECF)
Patrick G. Lewis, *pro se* (via First-Class Mail)
1104 Washington Green
New Windsor, New York 12553

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address |
|---|---|

| Date | Signature |
|---|---|

Click Here to Save

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

**IMPORTANT NOTICE**

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

____________________________________________

____________________________________________

Write the full name of each plaintiff or petitioner.

-against-

____________________________________________

____________________________________________

Write the full name of each defendant or respondent.

No. _____CV_______________

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _________________.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☐ a computer with internet access and a word processor

   type of computer I will be using: ___________________________________

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: ______________________________

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____________________________________

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

________________________________________________

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| | |
|---|---|
| Dated | Signature |

Name

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |