ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

September 9, 2026

Scott Budow
shurstperkins.com
+1.332.238.2784
+1.212.977.1649

Application granted.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 10, 2026

**VIA ECF**

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Barnhill et al v. Diamond Security Services, Ltd. et al*, Case No. 1: 26-cv-06233-PMH — Request for Extension

Dear Judge Halpern:

This firm represents Defendants Kiewit Corporation and J.F. Shea Construction, Inc. (collectively, "Defendants") in the above-referenced action. We respectfully request an extension of Defendants' time to answer or otherwise respond to the Amended Complaint from September 14, 2026, to September 21, 2026. Defendants conferred with Plaintiff regarding the requested extension and Plaintiff consents to this request.

This is Defendants' first request for an extension of time with respect to the Amended Complaint. Defendants previously requested an extension of time with respect to the Complaint, which the Court granted. Dkt. 18. Defendants recently sent a letter to Plaintiffs regarding an anticipated motion to dismiss, pursuant to Rule 4.C. of Your Honor's Individual Practices in Civil Cases ("Your Honor's Rules"). Your Honor's Rules require that Plaintiffs have five business days to respond. Your Honor's Rules, Rule 4.C.ii. Defendants anticipate that they will not have sufficient time after receiving Plaintiff's response to write a second letter, to the Court, prior to the existing deadline to respond to the Amended Complaint. Your Honor's Rules, Rule 4.C.iii. As such, Defendants respectfully request a one-week extension of the deadline to respond to the Amended Complaint. This proposed extension will not impact any other scheduled dates.

Thank you for your attention to this matter.

Sincerely,

*/s/ Scott A. Budow*
Scott A. Budow

cc: All Counsel of Record (Via ECF)

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.